No. 99-936.  FERGUSON ET AL. v. CITY OF CHARLESTON ET AL.  C. A. 4th Cir.  [Certiorari granted, 528 U. S. 1187.]  Motion of

Rutherford Institute for leave to file a brief as *amicus curiae* granted.